## UNITED STATES DISTRICT COURT
### VIOLATION NOTICE

Location: A-180 VN#:9572260 - CASE#: NP2305237

23-04091-MJ-01-PCT-CDB

**United States District Court**
**Violation Notice** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A-180 | 9572260 | A. Flores | 118 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 02/28/2023 0750 hrs
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.22(b)(1)

Place of Offense: Pierce Ferry Road, Boat Launch Area

Offense Description: Factual Basis for Charge: Unsafe operations. Drove Truck & Trailer into the river. HAZMAT ☐

**DEFENDANT INFORMATION**

Last Name: Cline
First Name: Ruth
M.I.: Ann
City: Dsrt Hot Springs
State: CA
Zip Code: 92240
Date of Birth: /1969
D.L. State: CA

☒ Adult ☐ Juvenile    Sex: ☐ Male ☒ Female
Hair: BLN    Eyes: BLU    Height: 5'02    Weight: 115

**VEHICLE**

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ____ Forfeiture Amount
+ $30 Processing Fee
$ ____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: Bureau of Land Management, 2755 Mission Blvd. Kingman, AZ 86401
Date: April 21st 2023
Time: 09:30 am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9572260*

---

**Officer A. Flores # 118**
**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on 2/28/2023 while exercising my duties as a law enforcement officer in the District of Arizona

At approximately 0630 hours, I (Officer Flores), while in patrol in my marked patrol vehicle at Lake Mead National Recreation Area, Hoover Dam, responded to Pierce Ferry Road near the water line for reports of a female needing assistance and her boyfriend wanting to hurt himself.

At approx. 0750 hours while en route to the scene, along Pierce Ferry Road near Mead View, I observed Mohave Ranchos Ambulance with the female on the way to the hospital. The ambulance stopped on the side of the road, and I contacted the female.

I identified the female by her California Driver's license as Ruth A. CLINE.

CLINE reported that she got into an argument with her boyfriend after they were both been drinking the night before. CIINE then took a nap, and when she woke up, she noticed her boyfriend tangled her hair which caused her to be upset. The boyfriend then commented that he would hurt himself by driving somewhere and hang himself. CLINE then admitted to getting into the truck with a trailer and driving into the river. CLINE stated she was scared he would drive away and hurt himself.

I issued CLINE a mandatory appearance Violation Notice for Unsafe Operation. 36 CFR 4.22(b)(1).

The foregoing statement is based upon:
☒ My personal observation    ☒ My personal investigation
☐ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/28/2023    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D Bibles    Digitally signed by Camille D Bibles
Date: 2023.03.06 14:15:24 -07'00'
Date (mm/dd/yyyy)    U.S. Magistrate Judge